# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA YELLOW CAB
CORPORATION, A NEVADA
CORPORATION; AND LEVON
STEPANYAN, AN INDIVIDUAL,
          Appellants,

vs.

JENNIFER PIZANOWSKI; AND
EUGENE CRISTIAN CAMPIAN, AN
INDIVIDUAL,
          Respondents.

No. 75457

FILED

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal and remand the matter to the district court for further proceedings relating to the costs bonds. Cause appearing, the stipulation is approved to the following extent. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). To the extent the parties seek additional relief, they should seek such relief in the district court.

It is so ORDERED.

_____, C.J.

cc:    Hon. Nancy L. Allf, District Judge
Kristine M. Kuzemka, Settlement Judge
Vegas West Attorneys
Hall Prangle & Schoonveld, LLC/Chicago
Hall Prangle & Schoonveld, LLC/Las Vegas
Marc C. Gordon
Tamer B. Botros
Injury Lawyers of Nevada
Marquis Aurbach Coffing
Ray Lego & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A